IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| DAWN BANKS | : | |
| | : | |
| **DEBTOR** | : | |
| | : | CASE NO:    15-12369-SR |
| | : | |

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED, than on July 27, 2016, a true and correct copy of the debtor's Motion to Modify Confirmed Plan including Notice of Motion was served upon all creditors, the Debtor by first-class mail, postage pre-paid. The Chapter 13 Trustee and US Trustee received a copy by electronic service.

                                                      Respectfully submitted:

                                                      DUNNE LAW OFFICES. P.C.

Dated: July 27, 2016                           By: /s/ *Stephen M. Dunne*
                                                           STEPHEN M. DUNNE. ESQUIRE
                                                            Attorney for Debtor
                                                            1515 Market Street, Suite 1200
                                                           Philadelphia, PA 19102
                                                           (215) 551-7109  Phone
                                                           (215) 525-9721 Fax