# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| DAWN BANKS | : | |
| | : | |
| DEBTOR | : | |
| | : | CASE NO:   15-12369-SR |

## ORDER

AND NOW, upon consideration of **Debtor's Motion to Modify the Confirmed Plan,** it is hereby ORDERED that Debtor's Motion is GRANTED.

By the Court:

_____
Hon. Stephen Raslavich
U.S. Bankruptcy Judge