United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-12369-sr
Dawn Banks                                                                Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: Stacey              Page 1 of 2                Date Rcvd: Sep 29, 2016
                               Form ID: pdf900           Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 01, 2016.
```
db            +Dawn Banks,   6220 N. 3rd Street,   Philadelphia, PA 19120-1402
13505025     ++++ASPIRE,   9 CORPORATE RIDGE PKWY,   COLUMBUS GA 31907-3049
              (address filed with court: Aspire,   9 Mutec Dr,   Columbus, GA 31907)
13505027      ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One,   15000 Capital One Dr,   Richmond, VA 23238)
13505026      +Capital One,   Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
13505029      +Dpt Treasury,   3700 East West Hig,   Hyattsville, MD 20782-2092
13505028      +Dpt Treasury,   Bankruptcy Department/Attn: Locs,   Po Box 1686,   Birmingham, AL 35201-1686
13505031      +Hud Title I,   451 7th St Sw,   Washington, DC 20410-0002
13505030      +Hud Title I,   Hud Title I - Bankruptcy Notice,   451 7th Street Sw,
               Washington, DC 20410-0002
13505033      +KML Law Group, P.C.,   BNY Mellon Independence Center,   Suite 5000,   701 Market Street,
               Philadelphia, PA 19106-1541
13602898      +PNC BANK, N.A.,   Attn: Bankruptcy Department,   3232 Newmark Drive,
               Miamisburg, OH 45342-5421
13505041      +PNC Bank,   3232 Newmark Drive,   Miamisburg, OH 45342-5421
13505037       Philadelphia Court of Common Pleas,   City Hall,   Philadelphia, PA 19107
13505038      +Philadelphia Sheriff's Office,   100 S. Broad Street,   5th Floor,
               Philadelphia, PA 19110-1012
13505040      +Pnc Bank,   2730 Liberty Ave,   Pittsburgh, PA 15222-4747
13505039      +Pnc Bank,   Attn: Bankruptcy,   2730 Liberty Ave,   Pittsburgh, PA 15222-4747
13505042      +Pnc Mortgage,   Po Box 8703,   Dayton, OH 45401-8703
13505045      +Salvatore Filippello,   KML Law Group,   701 Market Street,   Suite 5000,
               Philadelphia, PA 19106-1541
13505046      +Slm Financial Corp,   11100 Usa Pkwy,   Fishers, IN 46037-9203
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov Sep 30 2016 01:46:26      City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 30 2016 01:45:43
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 30 2016 01:46:24      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr             E-mail/PDF: rmscedi@recoverycorp.com Sep 30 2016 01:43:36      Orion,
               c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
               Miami, FL  33131-1605
13505022      +E-mail/Text: broman@amhfcu.org Sep 30 2016 01:46:14      American Heritage Fcu,
               2060 Red Lion Rd.,   Philadelphia, PA 19115-1699
13540175      +E-mail/Text: bankruptcy@cavps.com Sep 30 2016 01:46:21      Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
13505032      +E-mail/Text: vivian@interstatecredit.net Sep 30 2016 01:46:23      Intrst Ctc,
               21 W Fornance St,   Norristown, PA 19401-3300
13505034      +E-mail/Text: jcbechtel@comcast.net Sep 30 2016 01:47:05      Legacy Fund,   Pob 331,
               Doylestown, PA 18901-0331
13505036      +E-mail/Text: blegal@phfa.org Sep 30 2016 01:46:10      PA Housing Finance Agency,
               211 North Front Street,   PO BOX 15206,   Harrisburg, PA 17105-5206
13613545       E-mail/Text: blegal@phfa.org Sep 30 2016 01:46:10      PHFA/HEMAP,   211 NORTH FRONT ST,
               PO BOX 8029,   HARRISBURG, PA 17105
13505035      +E-mail/Text: blegal@phfa.org Sep 30 2016 01:46:11      Pa Housing Finance Agency,
               211 North Front Street,   PO BOX 17105,   Harrisburg, PA 17101-1406
13511476       E-mail/PDF: rmscedi@recoverycorp.com Sep 30 2016 01:40:55
               Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
13505044      +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Sep 30 2016 01:43:37      Regional Acceptance Co,
               304 Kellm Road,   Virginia Beach, VA 23462-2712
13601661      +E-mail/Text: james.r.shear@hud.gov Sep 30 2016 01:46:54      U.S. Department of Housing and Urban Development,   52 Corporate Circle,
               Albany, NY 12203-5166
13505047      +E-mail/Text: james.r.shear@hud.gov Sep 30 2016 01:46:54      US Department of Housing,
               52 Corporate Circle,   Albany, NY 12203-5166
13505048      +E-mail/Text: bnc-bluestem@quantum3group.com Sep 30 2016 01:46:52      Webbnk/fhut,
               6250 Ridgewood Rd,   Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 16
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
13505023*     +American Heritage Fcu,   2060 Red Lion Rd.,   Philadelphia, PA 19115-1699
13505024*     +American Heritage Fcu,   2060 Red Lion Rd.,   Philadelphia, PA 19115-1699
13505043*     +Pnc Mortgage,   Po Box 8703,   Dayton, OH 45401-8703
                                                                                   TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0313-2          User: Stacey              Page 2 of 2              Date Rcvd: Sep 29, 2016
                              Form ID: pdf900           Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2016                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 29, 2016 at the address(es) listed below:
```
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PNC Bank, National Association
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              RICHARD M. BERNSTEIN    on behalf of Defendant    U.S. Department of Housing and Urban Development
               richard.bernstein@usdoj.gov,    jackie.brooke@usdoj.gov
              STEPHEN MATTHEW DUNNE    on behalf of Plaintiff Dawn    Banks bestcasestephen@gmail.com
              STEPHEN MATTHEW DUNNE    on behalf of Debtor Dawn    Banks bestcasestephen@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 7
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

DAWN BANKS
                                                    : Bankruptcy No. 15-12369SR
            Debtor(s)                               : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

                                                    BY THE COURT

Dated: September 28, 2016

                                                    _____
                                                    Stephen Raslavich, B. J.

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

STEPHEN MATTHEW DUNNE ESQ
1515 MARKET STREET
SUITE 1200
PHILADELPHIA PA 19102-

DAWN BANKS
6220 N. 3RD STREET
PHILADELPHIA,PA.19120